# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                               Case No. 6:19-cr-241-Orl-37DCI

**VINCE EDWARD LASANE,**

      **Defendant.**
_____/

## NOTICE OF FILING

Undersigned counsel files the attached Writ of Mandamus that has been filed with the Eleventh Circuit Court of Appeals. The court has assigned case number 20-13171.

                                    **JAMES T. SKUTHAN**
                                    ACTING FEDERAL DEFENDER

| | |
|---|---|
| */s/ Joshua R. Lukman* | */s/ Ali Kamalzadeh* |
| **JOSHUA R. LUKMAN** | **ALI KAMALZADEH** |
| ASSISTANT FEDERAL DEFENDER | ASSISTANT FEDERAL DEFENDER |
| FL Bar Number: 0088213 | FL Bar Number 115995 |
| 201 S. Orange Ave., Ste. 300 | 201 S. Orange Ave., Ste. 300 |
| Telephone: 407-648-6338 | Telephone: 407-648-6338 |
| joshua_lukman@fd.org | ali_kamalzadeh@fd.org |
| Counsel for Defendant | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a true copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

/s/ *Ali Kamalzadeh*
ALI KAMALZADEH
ASSISTANT FEDERAL DEFENDER