

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA *OFFICE OF THE CLERK*
401 W. Central Boulevard, Suite 2100
Orlando, Florida 32801-0210

**Elizabeth M. Warren**
**Clerk of Court**

Tel.: 407-835-4200
Fax: 407-835-4228

To: Judge Roy B. "Skip" Dalton

From: Elizabeth M. Warren, Clerk of Court

Date: August 28, 2020

Re: Purchase of COVID-19 related supplies

In early March 2020, the United States District Court for the Middle District of Florida responded to concerns of the spread of COVID-19 by researching guidance from the Centers for Disease Control and Prevention(CDC) and the Administrative Office of the United States Courts (AO). On March 13, 2020, Chief Judge Steven D. Merryday entered the attached Order authorizing the U.S. Marshal to exclude from any courthouse in the Middle District of Florida certain persons at an elevated risk of carrying an infectious respiratory disease. And, the Middle District's procurement staff began placing orders for disposable face masks, hand sanitizer, and disposable bleach wipes. Because of supply chain demand, these items were extremely difficult to obtain. And, orders placed were often cancelled by vendors (unable to supply) or backordered without an estimated delivery date.

On March 26, 2020, each of the Middle District's intake windows were closed to the public, but each courthouse remained open and has continued operations with some restriction. Orders posted on the Middle District's website https://www.flmd.uscourts.gov/ guide each division's operation. The Middle District successfully implemented remote proceedings as authorized by the Coronavirus Aid, Relief, and Economic Security Act, Public Law No: 116-136 (the CARES Act), arranged for additional cleaning and sanitizing of public and court-restricted space, and allowed some staff to telework.

After initial unavailability, personal protective equipment (PPE) was available from vendors. To enable continued operation and resumption of trials, the Middle District purchased:

- Disposable face masks and clear face shields
- Disposable bleach wipes
- Hand sanitizer stations
- Individual bottles of hand sanitizer for jurors
- Bottled water for jurors
- Disposable gloves
- Handheld paddles for jury selection (to lessen the need for microphones)
- Safe Space Scan infrared temperature scanners for use at courthouse screening stations
- Gooseneck MicroBoom systems for use in the courtroom
- Disposable microphone covers
- Williams Digi-Wave 400 WRLS intercom systems
- Plexiglass jury box dividers installed in each division
- Moveable plexiglass barriers for use in courtrooms
- Floor markers to direct social distancing in the courthouse and in elevators

The Middle District of Florida is prepared for resumption of jury trials.

| | | |
|---|---|---|
| **401 W. Central Blvd**<br>**Orlando, FL  32801** | **Tampa Division**<br>**U.S. Courthouse**<br>**801 N. Florida Avenue**<br>**Tampa, FL  33602** | **Fort  Myers Division**<br>**U.S. Courthouse**<br>**2110 First Street**<br>**Fort Myers, FL  33901** |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Restrictions on Visitors to the
United States Courthouses in
the Middle District of Florida

CASE NO. 20-mc-20-T-23

_____/

### ORDER

Until ordered otherwise, no person within any of the following categories is permitted in a United States courthouse in the Middle District of Florida:

- a person with, or who has had contact with anyone with, coronavirus (COVID–19), influenza, or another readily communicable respiratory disease;

- a person who has been asked to self-quarantine by any hospital or health agency;

- a person who has traveled within 14 days to or from China, Italy, Iran, South Korea, Spain, Germany, France, or anywhere subject to a quarantine;

- a person who has resided with, or has been near, anyone who has traveled to or from one of these nations or places within 14 days; or

- a person experiencing a fever, an unusual or unexplained cough, an unusual or unexplained shortness of breath, or other flu-like symptoms.

The United States Marshal and officers acting under the Marshal's direction must enforce this order beginning immediately.

ORDERED in Tampa, Florida, on ___March 13th___, 2020.

_____
STEVEN D. MERRYDAY
CHIEF UNITED STATES DISTRICT JUDGE