**Exhibit B**



---

**From:** Elizabeth Warren
**Sent:** Tuesday, August 25, 2020 5:16 PM
**To:** Jim Leanhart <jim_leanhart@flmd.uscourts.gov>; Benjamin Wynn <Benjamin_C_Wynn@flmd.uscourts.gov>; Lekeshia Jones <LeKeshia_Jones@flmd.uscourts.gov>; Lisa Fannin <Lisa_Fannin@flmd.uscourts.gov>;

**Cc:** Andrea Baldwin <Andrea_Baldwin@flmd.uscourts.gov>; Laura Gebert <Laura_T_Gebert@flmd.uscourts.gov>; Israel Barreto <Israel_Barreto@flmd.uscourts.gov>; Luis Vega <Luis_Vega@flmd.uscourts.gov>
**Subject:** COVID-19 related supplies

Good afternoon,

Because some divisions have plans for jury selection and trials in September, I write to touch base about PPE and other COVID-19 related supplies to ensure we have what is needed (recognizing each judge will have different requirements and that those requirements are fluid).  Please review the list of available supplies, consider your division's needs and respond "to all" no later than Monday if you think our supply will not meet your division's needs (recognizing that some supplies are for the entire district and that some items (e.g., plexiglass) cannot be supplemented.)

**Plexiglass Jury Box Dividers:**
One set for each division is ordered (and if not already, will be installed soon).  And, we are purchasing a second set for Jacksonville, Orlando, and Tampa.

**Plexiglass Moveable Sets**: (sneeze guards for CRD and OCR, barrier between CRD/OCR, witness box barrier, and rolling barrier)

Two sets each for Jacksonville, Orlando, and Tampa are ordered/received.  One set each for Fort Myers and Ocala are ordered/received.

**Plexiglass for Jury Staff**:
Two sets of three-panel barriers for Fort Myers and Tampa for jury check-in are ordered/received.

**Face Shields**:
Delivered to each division:
Fort Myers – 500
Jacksonville – 1,000
Ocala – 100
Orlando – 1,000
Tampa – 1,500

**Brown Handle Bags**: (some judges want to provide individual bags of supplies to jurors)
Available – 800
Sent to Tampa – 200

**Small Individual Bottles of Hand Sanitizer**: (to include in juror bags)
Available – 950
Sent to Tampa – 200

**Bottled Water**:
Each division can purchase bottled water for jurors (or include in juror bags, if used)

**Disposable Masks**:
121 boxes of 50 available

**Handheld Fans for Jury Selection**:
Available - 325
Sent to TPA – 100
Sent to FTM – 75

**Gloves**:
Available:
M – 500 boxes of 200
L – 16 boxes of 100
XL – 3 boxes of 200

**Microphones/Stands/Mixers**:
AUDIX MICROBOOM 50 w/M1255B HI-OUTPUT MIC/REG (AUMB5055)
ATLAS MS-20E HD STAND (EBONY FINISH)/REG (ATMS20E)

## SHURE SCM268 4-CHANNEL MICROPHONE MIXER (SHSCM268)

Eight each for Jacksonville, Orlando, and Tampa.
Four each for Fort Myers and Ocala.

**Microphone Covers**:
Small Microphone covers
- 200 delivered to Fort Myers, Jacksonville, Ocala, and Orlando
- 100 delivered to Ocala
- 900 more available

Large Microphone covers (100 per pack)
- 1 pack for each office
- 4 more packs available

Headphone covers (100 per pack)
- 2 packs each for ORL, TPA, JAX, FTM and 1 pack OCA
- 9 more packs available

**Williams Digi-Wave 400 WRLS Intercom Systems:**
https://www.bhphotovideo.com/c/product/1532553-REG/williams_sound_dws_com_6_400_digi_wave_400_series_intercom.html
- Four (one each for Fort Myers, Jacksonville, Orlando, and Tampa).

Please let me know if you have any questions.

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida