

"Face Masks Required" Signs at Entrance



Additional Face Mask Signs at Entrance



Social Distancing Signs and Markings



Hand Sanitizer Station and COVID-19 Sign



Social Distancing Sign and Markings in Elevators



Socially Distant Seating in Jury Assembly Room



Nitrile Gloves, Face Masks, Face Shield, Hand Sanitizer, Bottled Water, Disinfecting Wipes, and Microphone Covers



Juror Bag Including Face Shield, Hand Sanitizer, and Bottled Water