

Courtroom Deputy Seat with Sneeze Guard



Plexiglass barrier between Court Report and Courtroom Deputy



Court Reporter Seat with Sneeze Guard



Judges Bench with Sneeze Guard



Witness Box with Plexiglass Barrier



Jury Box Barrier System



Jury Box Barrier System



Jury Box Barrier System