## TEMPERATURE SCANNERS AT COURTHOUSE ENTRANCE



