**Exhibit G**



**From:** Carlos Mendoza
**Sent:** Friday, August 28, 2020 3:53 PM
**To:** Skip Dalton

**Subject:** Jury Trial Update

I would first like to commend our staff. They have really come together nicely to assist in moving this process forward.

1. Since we are limiting public access to the trial courtroom for safety reasons, IT set up a closed circuit television in a different courtroom where the public will be able to watch the trial remotely.
2. IT came up with a great solution for sidebars. They provided headsets with a receiver set to a certain channel, sort of like a walkie talkie, except once you hit the talk button the device remains on so that everyone can speak akin to a telephonic conference call. The court reporter has one on to transcribe. We just tested it and the device works great. I may employ this permanently moving forward.
3. The choir mics are very effective. The jurors can speak from their seat in the just box and be clearly heard by all the parties. I was told

    that boom mics will eventually be installed. I think that would be a great permanent solution.
4. Plexiglas is installed and looks fine.

I am feeling optimistic that things will go well next week.

R/

Carlos E. Mendoza
United States District Judge
Middle District of Florida