**Exhibit H**



United States District Court
Middle District of Florida

Dear Prospective Juror,

As part of the Middle District of Florida's commitment to "flatten the curve", the Court postponed jury trials from March to August 2020. Beginning September, the Middle District will transition to more normal operations, including resuming trials. The Court closely monitors the pandemic, including local recommendations and restrictions. And, we are mindful that you might have concerns about your safety when performing jury service.

The health and safety of all visitors to the courthouse is of paramount importance. The Court has implemented the following precautions to ease your concerns as a juror:

- Hand sanitizer stations are located throughout the courthouse, in the Jury Assembly Room, and in each courtroom.
- Each person entering the courthouse must wear a mask. You can wear your personal mask or one will be provided to you by the Court.
- Our large Jury Assembly Room and courtrooms permit social distancing.
- Because the courtroom jury deliberations rooms are too small to allow for social distancing, we will temporarily hold jury deliberations in a larger room.
- We have initiated enhanced cleaning throughout the courthouse. The Jury Assembly Room, the courtroom, and the jury deliberation room will be thoroughly cleaned and sanitized before your arrival and each evening during your service.
- Our jury check-in process has been modified to be as "contact free" as possible.
- You can bring a lunch or order your lunch while you are here so you do not have to leave the courthouse if you do not want to.
- The United States Marshals Service conducts heightened screening of all federal detainees brought into the courthouse, and some witnesses may appear by video.

The need for your service as a juror is greater than ever; without a jury, criminal trials cannot take place and civil trials must be postponed. The Court hopes that our enhanced safety procedures will alleviate any concerns you may have about your jury service.

In order to assist the court in its effort to keep you safe please complete and return as soon as possible the Jury Information Form (Which is the bottom half of your "Summons for Jury Service") and the COVID-19 questionnaire on the back of this letter.

Thank you.

If you have a question, please contact the **Orlando Jury Administration Office at 407-835-4330.**



# Middle District of Florida COVID-19 Juror Questionnaire

To prevent the spread of COVID-19 and reduce the potential risk of exposure to our staff and jurors, you must complete a simple screening questionnaire. If you have internet access, please answer the questions online through the eJUROR tool at www.flmd.uscourts.gov/ejuror. Or you can complete the form below and return it with your paper Jury Information Form using the enclosed envelope.

| NAME: |
|---|

| PARTICIPANT NUMBER: | PHONE NUMBER: |
|---|---|

## Supplemental Screening Questionnaire

| # | Question |
|---|---|
| 1 | Have you been diagnosed with, or had close contact with, anyone who has been diagnosed with COVID-19 within the last 14 days?<br><br>Yes ☐    No ☐ |
| 2 | Have you experienced any cold or flu-like symptoms in the last 14 days (including fever, cough, sore throat, respiratory illness, or difficulty breathing)?<br><br>Yes ☐    No ☐ |
| 3 | Do you have an underlying medical condition that puts you at a higher risk of developing serious health complications from COVID-19?<br><br>Yes ☐    No ☐ |
| 4 | Do you live with or provide direct care for a vulnerable person?<br><br>Yes ☐    No ☐ |
| 5 | Do you have children at home who require your direct supervision due to school and/or daycare closings? Note: Only answer YES if there is NO ONE else in the household who can provide care during your jury service.<br><br>Yes ☐    No ☐ |
| 6 | Would service on a jury at this time impose a substantial economic hardship on you or your family? If you answer yes, please explain.<br><br>Yes ☐    No ☐ |

If you answer "yes" to any of the above questions, your jury service may be deferred. Jurors who are deferred will receive a new summons later this year.

Signature: _____    Date: _____

AO 220B (9/01)
101804

# UNITED STATES DISTRICT COURT

MDFL, ELIZABETH M. WARREN, CLERK
Orlando Division
401 W. Central Blvd Suite 1100
U.S. Courthouse Annex
Orlando, FL 32801-0100

**MUST CALL 1-866-313-2350 AFTER 4:00 PM, FRIDAY, AUGUST 28, 2020 FOR REPORTING INSTRUCTIONS**

## SUMMONS FOR JURY SERVICE



PLEASE READ FURTHER INSTRUCTIONS IN THE INFORMATION INCLUDED WITH THIS SUMMONS.

TO: [redacted name and address]

**Participant #: 102886484**



www.flmd.uscourts.gov/ejuror

---

**PLEASE BRING THIS UPPER SECTION WITH YOU WHEN YOU REPORT FOR JURY DUTY**
DETACH AT PERFORATION FOR JUROR BADGE

## JUROR
UNITED STATES DISTRICT COURT

102886484

THE COURT SUMMONS YOU TO APPEAR FOR JURY DUTY BEGINNING ON THE DATE, TIME AND PLACE SHOWN BELOW.

LOCATION: Report to: Suite 1100
Orlando Division
401 W. Central Blvd Suite 1100
U.S. Courthouse Annex
Orlando, FL 32801-0100

DATE: **MONDAY, AUGUST 31, 2020**
TIME: **8:00 am**
JUROR NUMBER: **102886484**
PHONE NO. TO CALL: **1-866-313-2350**

**YOU ARE ON CALL FOR TWO WEEKS**
**Please read enclosed brochure for important information regarding your jury service.**

**Privacy Act Statement:** Your social security number is requested on a voluntary basis under authority of sections 6041, and 6109 of the Internal Revenue Code. If you earn more than $600 in compensation as a juror, the court must inform the Internal Revenue Service using your social security number, and it is helpful to get your number now. Failure to provide your social security number at this time will not disqualify you from serving as a juror, but it may delay jury service payments to which you become entitled.

---

POOL-0801-AUG 31

**JURY INFORMATION FORM**
**DETACH LOWER HALF, RETURN BY MAIL WITHIN 5 DAYS**

*IF YOU HAVE NO HOME PHONE GIVE PHONE NO. OF SOMEONE WHO CAN REACH YOU.

| | | |
|---|---|---|
| 1. LAST NAME    FIRST    MIDDLE INITIAL | 2. PHONE HOME (OR OTHER*) | |
| MAIL ADDRESS: STREET    P.O. BOX | WORK (Include EXTENSION) | |
| CITY    STATE    ZIP | 3. HOW LONG HAVE YOU LIVED IN — THIS COUNTY / THIS STATE    YRS.    MOS. | |
| 4. COUNTY | 5. PLACE OF BIRTH | 6. ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED    7. NO. OF CHILDREN    8. SOCIAL SECURITY NUMBER**  ▶ NOT APPLICABLE |
| 9. AGE | 10. ARE YOU EMPLOYED? ☐ YES ☐ NO | 11. YOUR OCCUPATION OR BUSINESS |
| 12. YOUR FIRM OR EMPLOYER'S NAME | 13. BUSINESS ADDRESS OR EMPLOYER'S ADDRESS    STREET    CITY    STATE | |
| 14. IF RETIRED, YOUR OCCUPATION BEFORE RETIREMENT | 15. SPOUSE'S OCCUPATION (IF SPOUSE RETIRED, OCCUPATION BEFORE RETIREMENT) | |
| 16. ARE ANY CHARGES NOW PENDING AGAINST YOU FOR A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ☐ YES ☐ NO | 17. HAVE YOU BEEN CONVICTED OF A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ☐ YES ☐ NO | 18. IF "YES" WERE YOUR CIVIL RIGHTS RESTORED? ☐ YES ☐ NO |
| 19. DO YOU HAVE ANY PHYSICAL OR MENTAL INFIRMITY WHICH WOULD IMPAIR YOUR CAPACITY TO SERVE AS A JUROR? ☐ YES ☐ NO   IF ANSWER IS "YES" AND YOU SEEK AN INFIRMITY EXCUSE PLEASE INSERT A LETTER OR A DOCTOR'S STATEMENT | 20. ARE YOU A SALARIED EMPLOYEE OF U.S. GOVERNMENT? ☐ YES ☐ NO | IF "YES", INSERT PROOF THAT YOUR CIVIL RIGHTS WERE RESTORED |
| | 21. ESTIMATED NO. OF MILES ONE WAY FROM YOUR HOME TO COURTHOUSE TO WHICH YOU ARE SUMMONED _____ | |

102886484    SIGN HERE ▶    I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.

**Important Directions:** Save time by completing this form on the court's website at **WWW.FLMD.USCOURTS.GOV**



AO 2208 (9/01)
101804

# UNITED STATES DISTRICT COURT

## SUMMONS FOR JURY SERVICE



PLEASE READ FURTHER INSTRUCTIONS IN THE INFORMATION INCLUDED WITH THIS SUMMONS.

TO:

---

**PLEASE BRING THIS UPPER SECTION WITH YOU WHEN YOU REPORT FOR JURY DUTY**

DETACH AT PERFORATION FOR JUROR BADGE

THE COURT SUMMONS YOU TO APPEAR FOR JURY DUTY BEGINNING ON THE DATE, TIME AND PLACE SHOWN BELOW.

LOCATION:

DATE:

TIME:

## JUROR
UNITED STATES DISTRICT COURT

JUROR NUMBER:

PHONE NO. TO CALL:

**Privacy Act Statement:** Your social security number is requested on a voluntary basis under authority of sections 6041, and 6109 of the Internal Revenue Code. If you earn more than $600 in compensation as a juror, the court must inform the Internal Revenue Service using your social security number, and it is helpful to get your number now. Failure to provide your social security number at this time will not disqualify you from serving as a juror, but it may delay jury service payments to which you become entitled.

---

### JURY INFORMATION FORM
### DETACH LOWER HALF, RETURN BY MAIL WITHIN 5 DAYS

* IF YOU HAVE NO HOME PHONE GIVE PHONE NO. OF SOMEONE WHO CAN REACH YOU.

1. LAST NAME / FIRST / MIDDLE INITIAL
2. PHONE — HOME (OR OTHER*) / WORK (include EXTENSION)

MAIL ADDRESS: STREET / P.O. BOX / CITY / STATE / ZIP

3. HOW LONG HAVE YOU LIVED IN — THIS COUNTY ___ YRS. ___ MOS. / THIS STATE ___

4. COUNTY
5. PLACE OF BIRTH
6. ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
7. NO. OF CHILDREN
8. SOCIAL SECURITY NUMBER**
9. AGE
10. ARE YOU EMPLOYED? ☐ YES ☐ NO
11. YOUR OCCUPATION OR BUSINESS
12. YOUR FIRM OR EMPLOYER'S NAME
13. BUSINESS ADDRESS OR EMPLOYER'S ADDRESS — STREET / CITY / STATE
14. IF RETIRED, YOUR OCCUPATION BEFORE RETIREMENT
15. SPOUSE'S OCCUPATION (IF SPOUSE RETIRED, OCCUPATION BEFORE RETIREMENT)
16. ARE ANY CHARGES NOW PENDING AGAINST YOU FOR A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ☐ YES ☐ NO
17. HAVE YOU BEEN CONVICTED OF A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR? ☐ YES ☐ NO
18. IF "YES" WERE YOUR CIVIL RIGHTS RESTORED? ☐ YES ☐ NO
19. DO YOU HAVE ANY PHYSICAL OR MENTAL INFIRMITY WHICH WOULD IMPAIR YOUR CAPACITY TO SERVE AS A JUROR? ☐ YES ☐ NO
    IF ANSWER IS "YES" AND YOU SEEK AN INFIRMITY EXCUSE PLEASE INSERT A LETTER OR A DOCTOR'S STATEMENT
20. ARE YOU A SALARIED EMPLOYEE OF U.S. GOVERNMENT? ☐ YES ☐ NO
    IF "YES", INSERT PROOF THAT YOUR CIVIL RIGHTS WERE RESTORED.
21. ESTIMATED NO. OF MILES ONE WAY FROM YOUR HOME TO COURTHOUSE TO WHICH YOU ARE SUMMONED _____

SIGN HERE ▶ _____  I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.