**Re: Criminal Jury Trial, August 31, 2020 (Hon. Judge Carlos E. Mendoza, presiding)**

I am the Jury Clerk at the Federal District Courthouse in Orlando. I oversaw juror summons for a jury trial in front of Judge Carlos E. Mendoza, beginning on August 31, 2020.

Jurors arrived between 7:30 – 8:30 am. Six jurors were excused during check-in, but there were no reported issues to address regarding COVID. These jurors were excused due to language, work hardship, and/or medical appointments. Some jurors arrived past the check in time (9:10am) because they went to the wrong courthouse. All jurors received a brown bag with a face shield, hand sanitizer and a bottle of water. Jurors were given an orientation and familiarized with COVID-19 procedures. They were escorted to the courtroom for voir dire in groups of 16 at a time. No more than 4 jurors per elevator at once. Once inside the courtroom, the jury panel was instructed to sit in the jury box where plexiglass barriers were installed.

Under normal circumstances, out of a pool of 200 jurors, on average: 20-30 jurors do not respond; 10-15 jurors are excused; and 30-40 jurors are deferred. Due to COVID-19 concerns, a larger jury pool of 300 was called. Based on past experience, I would expect anywhere from 90 to 128 jurors to not respond, be excused, or defer, if COVID-19 was not a factor. For this trial, 24 did not respond, 26 were excused, and 111 deferred—for a total of 161 jurors. So non-response rates were lower than expected, but both the number of excused jurors and especially the number of deferrals has increased.

**Pool Number # 601200801   Pool Size: 300**

| Responded | 132 |
|---|---|
| Non-Responded | 24 |
| Excused | 26 |
| Disqualified | 0 |
| Undeliverable | 6 |
| Deferred | 111 |
| Division Transfer | 1 |

**Jury Selection 8/31/2020**

| Jurors called to report | 55 |
|---|---|
| Jurors Present | 44 |
| Excused (during check-in) | 6 |
| Failed to Appear | 5 |

**Judge Carlos E. Mendoza 6:17-CR-291 (Panel size requested 40)**

| Panel 40 | |
|---|---|
| Jurors Selected | 13 (12 jurors plus 1 alternate) |
| Jurors Challenged | 19 |

| | |
|---|---|
| Did not participate in Voir Dire | 8 |

**Selected Jury Panel breakdown**

| |
|---|
| Male, Hispanic, 30 |
| Male, White, 39 |
| Female, White, 38 |
| Female, Hispanic, 26 |
| Female, White, 56 |
| Female, other, 53 |
| Male, White, 43 |
| Male, White, 42 |
| Male, White, 60 |
| Female, Black/African American, 29 |
| Male, Hispanic, 35 |
| Female, White, 31 |
| Female, White, 49 |

Yesenia Gomez
Jury Clerk, Orlando Division