**Exhibit J**

**United State District Court Middle District of Florida, Orlando Division, Protocol for Conducting Jury Trials During COVID-19 Pandemic**

Generally:

All trial participants and spectators are required to wear face covering or a mask at all times unless specifically directed otherwise by the presiding judge.

All potential jurors and court staff will wear masks. Any already seated jurors from other trials present in jury assembly room will also be required to wear masks.

Masks or clear face shields will be supplied to all potential jurors and seated jurors who do not bring their own.

Signs and floor markings will be used upon entry to the courthouse and entry to the jury assembly room for check-in to maintain social distancing.

Seating in the jury assembly room will be arranged so that jurors are seated at least six feet apart. This may require temporarily removing chairs from the jury assembly room to ensure compliance.

*Voir dire*:

Set up and use Courtroom 3A for all *voir dire* proceedings. Courtroom 3A will be sanitized using COVID-19 protocol between sessions and each evening of its use. Space & Facilities staff will coordinate with GSA building management to ensure this is accomplished prior to convening any new session.

Potential jurors will be either seated at least six feet from each other or be separated by a transparent physical barrier. Counsel, the CSO, and court staff will maintain at least a six-foot distance from potential jurors.

Multiple microphones will be made available for jurors use. The court staff will clean each microphone with a disinfectant wipe after every use. Each prospective juror will be provided with a freshly cleaned microphone for his or her use.

Special instruction should be given to the *venire* by jury assembly staff and reinforced by the presiding judge to immediately self-report any symptoms of illness, known or potential COVID-19 exposure, and if selected jurors are NOT to come into the courthouse if ill or exposed (telephone report only).

Transport of Jurors (for *voir dire* and during trial):

The CSO will bring jurors to the courtroom in small groups with social distancing observed. The large freight elevator will be used and carry no more than three jurors and one CSO at a time. This will require additional CSO or court staff to ensure the sequestering of the jury during transport. If jurors are physically capable, the CSO may utilize the public stairway from the Jury Assembly Room to Courtroom 3A to move larger groups for *voir dire* while maintaining social distancing.

Selected Jurors in Service/Trial

Each presiding judge will be responsible for seating jurors in the courtroom such that social distancing is maintained to the greatest extent possible. Staff is currently exploring the feasibility of a moveable transparent plexiglass shield that would be placed between juror seating as a solution to the need to provide a safe seating. These barriers would be sanitized between proceedings and each evening during trial.

During all breaks in the proceedings the jury will be excused to the Jury Assembly Room or, alternatively, to the secured hallway and open jury deliberation rooms for those courtrooms located on the exterior of the courthouse. (3A, 4A, 5A, 6A), courtroom 4D or the third-floor conference room.

Reminder of health self-report instruction to seated jurors and to counsel, their staff and witnesses, and parties.

Lawyers and clients to social distance at their discretion.

Use masking tape on gallery benches to designate proper spacing

Wipe down contact surfaces in witness box between witnesses. Have hand sanitizer available for witnesses.

Exhibit table should be moved forward to maintain at least six feet between counsel approaching exhibits and judge, court staff, and CSO. Approaching the exhibit table is discouraged unless absolutely necessary. Counsel must sanitize their hands before touching exhibits.

Sidebars should be discouraged and handled at judge's discretion.

Jury breaks – The jury deliberation room cannot accommodate a criminal jury practicing social distancing. Options:  1.  Use secure exterior hallway with chairs set up at least six feet apart as an overflow from the jury deliberation room where available. Additional CSO or court staff will be needed to maintain the sequestering of the jury. 2.

Transporting jury to jury assembly room or Courtroom 4D (if not being used for deliberation) or utilize the third-floor conference room with CSO stationed outside. For lunch breaks where jurors will remove masks out of necessity, social distancing must be maintained. The third-floor conference room has enough space and seating to achieve this goal.

Deliberations

Courtroom 4D (currently unused MJ courtroom) will be equipped with separated seating and will be designated as the jury deliberation room. The public entrance will be secured and CSOs will be stationed at the secure entrance during all deliberations. No audio or video transmissions of any kind are permitted. Courtroom and restrooms will be sanitized each evening of trial using COVID-19 protocol.

Coordination:

Judges will need to coordinate their jury trials with other judges in order for these protocols to work. We will have to limit jury selection to no more than one criminal trial and one civil trial per day (e.g. criminal *voir dire* in the morning and civil in the afternoon.) Since Courtroom 3A is the designated courtroom for video proceedings scheduling conflicts may arise when jury selection conflicts with magistrate judge proceedings or other district judges. A master calendar will be required.

Note: district judge courtrooms are of sufficient size to use them for *voir dire*, breaks, and deliberations in civil cases should the need arise.