| Eleventh Circuit District Courts – Trial Activity |||
|---|---|---|
| **District** | **Trial held** | **District's plans** |
| **FLND** | yes | Bench trials<br>• March 10 MJ civil consent in Pensacola<br>• April 27 – May 6 civil by video - Tallahassee<br>• June 17 – civil – Pensacola<br>• June 22 – civil – Tallahassee<br>• August 3 – 5 – civil – Gainesville<br>• August 3 – 5 – criminal – Pensacola<br><br>Jury trials<br>• March 2 – 9 – criminal – Pensacola<br>• March 9 – 10 – criminal - Pensacola<br>• July 6 - misdemeanor - Pensacola<br>• July 22-24 criminal - Gainesville<br>• August 10–11 criminal - Pensacola |
| **FLSD** | no | suspended all trials until January 2021 |
| **GAND** | no | suspended jury trials until October |
| **GAMD** | no | • two criminal trials set in September based on speedy trial demands/exceptional circumstances<br>• trials generally suspended through October 19 |
| **GASD** | no | several trials tentatively scheduled in September |
| **ALND** | yes | • August 24 – 26 criminal jury trial<br>• August 24 – 28 non-jury trial<br>• Criminal jury trial scheduled to begin August 31 |
| **ALMD** | yes | held a trial on August 10 |
| **ALSD** | yes | • March 3 civil trial held<br>• March 17 civil trial held<br>• June 15 civil trial held<br>• July 27 criminal trial held |