**Exhibit M**

# COVID-19: summary for Duval County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.



| Cases: people with positive PCR or antigen test result | |
|---|---|
| **Total cases** | **26,017** |
| Florida residents | 25,746 |
| Non-Florida residents | 271 |
| **Type of case** | |
| PCR positive | 25,375 |
| Antigen positive | 371 |
| **Gender for Florida residents** | |
| Men | 11,880 |
| Women | 13,608 |
| Unknown | 258 |
| **Age for Florida residents** | |
| Range | 0 - 103 |
| Median age | 38 |

**Cases in Florida residents by date case confirmed**

Cases: 8/13: 144, 8/14: 200, 8/15: 123, 8/16: 104, 8/17: 112, 8/18: 126, 8/19: 145, 8/20: 199, 8/21: 136, 8/22: 112, 8/23: 92, 8/24: 77, 8/25: 143, 8/26: 140

Median age: 8/13: 46, 8/14: 41, 8/15: 39, 8/16: 43, 8/17: 49, 8/18: 40, 8/19: 40, 8/20: 40, 8/21: 48, 8/22: 43, 8/23: 42, 8/24: 49, 8/25: 49, 8/26: 45

| Race, ethnicity | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| White | 6,758 | 26% | 362 | 40% | 129 | 52% |
| Hispanic | 713 | 3% | 22 | 2% | 2 | 1% |
| Non-Hispanic | 5,339 | 21% | 334 | 37% | 120 | 48% |
| Unknown ethnicity | 706 | 3% | 6 | 1% | 7 | 3% |
| Black | 8,744 | 34% | 424 | 47% | 89 | 36% |
| Hispanic | 78 | 0% | 3 | 0% | 0 | 0% |
| Non-Hispanic | 7,066 | 27% | 418 | 47% | 86 | 35% |
| Unknown ethnicity | 1,600 | 6% | 3 | 0% | 3 | 1% |
| Other | 2,689 | 10% | 97 | 11% | 22 | 9% |
| Hispanic | 1,150 | 4% | 34 | 4% | 4 | 2% |
| Non-Hispanic | 1,215 | 5% | 60 | 7% | 14 | 6% |
| Unknown ethnicity | 324 | 1% | 3 | 0% | 4 | 2% |
| Unknown race | 7,555 | 29% | 13 | 1% | 9 | 4% |
| Hispanic | 189 | 1% | 0 | 0% | 0 | 0% |
| Non-Hispanic | 52 | 0% | 0 | 0% | 0 | 0% |
| Unknown ethnicity | 7,314 | 28% | 13 | 1% | 8 | 3% |
| **Total** | **25,746** | | **896** | | **249** | |

| Outcomes for Florida residents | | |
|---|---|---|
| **Duval** | | |
| Hospitalizations | 896 | (3% of all cases) |
| Deaths | 249 | (1% of all cases) |
| New deaths | 3 | |
| **Statewide** | | |
| Hospitalizations | 37,718 | (6% of all cases) |
| Deaths | 10,868 | (2% of all cases) |
| New deaths | 135 | |

New deaths are those identified since last report.

| Cases in facility staff/residents | | |
|---|---|---|
| **Duval** | | |
| Long-term care | 1,364 | (5% of all cases) |
| Correctional | 138 | (1% of all cases) |
| **Statewide** | | |
| Long-term care | 38,770 | (6% of all cases) |
| Correctional | 19,846 | (3% of all cases) |

| Age group | All cases | | New cases (8/26) | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| 0-4 years | 371 | 1% | 3 | 2% | 5 | 1% | 0 | 0% |
| 5-14 years | 1,091 | 4% | 6 | 4% | 7 | 1% | 0 | 0% |
| 15-24 years | 4,064 | 16% | 17 | 12% | 25 | 3% | 0 | 0% |
| 25-34 years | 5,771 | 22% | 18 | 13% | 59 | 7% | 3 | 1% |
| 35-44 years | 4,202 | 16% | 24 | 17% | 81 | 9% | 3 | 1% |
| 45-54 years | 3,824 | 15% | 24 | 17% | 129 | 14% | 7 | 3% |
| 55-64 years | 3,130 | 12% | 20 | 14% | 162 | 18% | 20 | 8% |
| 65-74 years | 1,866 | 7% | 10 | 7% | 194 | 22% | 74 | 30% |
| 75-84 years | 875 | 3% | 7 | 5% | 137 | 15% | 70 | 28% |
| 85+ years | 515 | 2% | 7 | 5% | 97 | 11% | 72 | 29% |
| Unknown | 37 | 0% | 4 | 3% | 0 | 0% | 0 | 0% |
| **Total** | **25,746** | | **140** | | **896** | | **249** | |

**Hospitalization** counts include anyone who was hospitalized at some point during their illness. It does not reflect the number of people currently hospitalized.
**Other race** includes any person with a race of American Indian/Alaskan native, Asian, native Hawaiian/Pacific Islander, or other.

# COVID-19: summary for Duval County

**Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM**

Data in this report are provisional and subject to change.

## Laboratory testing for Florida residents over the past 2 weeks

### Number of Florida residents who tested negative per day

These counts include the number of people for whom the Department received negative PCR or antigen laboratory results by day. People who tested negative on multiple days will be included once for each day they are tested. Negative results for persons who has previously tested positive are excluded.



### Percent positivity for new cases in Florida residents

These counts include the number of Florida residents for whom the department received PCR or antigen laboratory results by day. This percent is the number of people who test positive for the first time divided by all the people tested that day, excluding people who have previously tested positive.



## Emergency department (ED) and freestanding ED (FSED) chief complaint and admission data for Duval County









# COVID-19: summary for Hillsborough County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.



| Cases: people with positive PCR or antigen test result | |
|---|---|
| **Total cases** | 36,354 |
| Florida residents | 36,201 |
| Non-Florida residents | 153 |
| **Type of case** | |
| PCR positive | 35,904 |
| Antigen positive | 297 |
| **Gender for Florida residents** | |
| Men | 16,701 |
| Women | 19,201 |
| Unknown | 299 |
| **Age for Florida residents** | |
| Range | 0 - 104 |
| Median age | 37 |

| Race, ethnicity | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| White | 12,463 | 34% | 870 | 53% | 320 | 59% |
| Hispanic | 5,513 | 15% | 270 | 16% | 70 | 13% |
| Non-Hispanic | 5,575 | 15% | 516 | 31% | 199 | 37% |
| Unknown ethnicity | 1,375 | 4% | 84 | 5% | 51 | 9% |
| Black | 4,754 | 13% | 402 | 24% | 96 | 18% |
| Hispanic | 308 | 1% | 15 | 1% | 2 | 0% |
| Non-Hispanic | 3,920 | 11% | 363 | 22% | 88 | 16% |
| Unknown ethnicity | 526 | 1% | 24 | 1% | 6 | 1% |
| Other | 5,146 | 14% | 320 | 20% | 93 | 17% |
| Hispanic | 2,977 | 8% | 186 | 11% | 52 | 10% |
| Non-Hispanic | 1,336 | 4% | 92 | 6% | 22 | 4% |
| Unknown ethnicity | 833 | 2% | 42 | 3% | 19 | 4% |
| Unknown race | 13,838 | 38% | 49 | 3% | 31 | 6% |
| Hispanic | 391 | 1% | 6 | 0% | 2 | 0% |
| Non-Hispanic | 79 | 0% | 3 | 0% | 1 | 0% |
| Unknown ethnicity | 13,368 | 37% | 40 | 2% | 28 | 5% |
| **Total** | **36,201** | | **1,641** | | **540** | |

| Outcomes for Florida residents | | |
|---|---|---|
| **Hillsborough** | | |
| Hospitalizations | 1,641 | (5% of all cases) |
| Deaths | 540 | (1% of all cases) |
| New deaths | 3 | |
| | | |
| **Statewide** | | |
| Hospitalizations | 37,718 | (6% of all cases) |
| Deaths | 10,868 | (2% of all cases) |
| New deaths | 135 | |

New deaths are those identified since last report.

| Cases in facility staff/residents | | |
|---|---|---|
| **Hillsborough** | | |
| Long-term care | 2,170 | (6% of all cases) |
| Correctional | 63 | (0% of all cases) |
| | | |
| **Statewide** | | |
| Long-term care | 38,770 | (6% of all cases) |
| Correctional | 19,846 | (3% of all cases) |

| Age group | All cases | | New cases (8/26) | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| 0-4 years | 788 | 2% | 6 | 3% | 12 | 1% | 0 | 0% |
| 5-14 years | 1,674 | 5% | 11 | 6% | 3 | 0% | 1 | 0% |
| 15-24 years | 5,963 | 16% | 31 | 16% | 47 | 3% | 1 | 0% |
| 25-34 years | 7,539 | 21% | 33 | 17% | 102 | 6% | 1 | 0% |
| 35-44 years | 5,848 | 16% | 32 | 16% | 113 | 7% | 6 | 1% |
| 45-54 years | 5,500 | 15% | 31 | 16% | 207 | 13% | 20 | 4% |
| 55-64 years | 4,133 | 11% | 26 | 13% | 315 | 19% | 74 | 14% |
| 65-74 years | 2,275 | 6% | 11 | 6% | 306 | 19% | 111 | 21% |
| 75-84 years | 1,276 | 4% | 7 | 4% | 302 | 18% | 166 | 31% |
| 85+ years | 709 | 2% | 8 | 4% | 233 | 14% | 160 | 30% |
| Unknown | 496 | 1% | 0 | 0% | 1 | 0% | 0 | 0% |
| **Total** | **36,201** | | **196** | | **1,641** | | **540** | |

**Hospitalization** counts include anyone who was hospitalized at some point during their illness. It does not reflect the number of people currently hospitalized.
**Other race** includes any person with a race of American Indian/Alaskan native, Asian, native Hawaiian/Pacific Islander, or other.

# COVID-19: summary for Hillsborough County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.

## Laboratory testing for Florida residents over the past 2 weeks

### Number of Florida residents who tested negative per day

These counts include the number of people for whom the Department received negative PCR or antigen laboratory results by day. People who tested negative on multiple days will be included once for each day they are tested. Negative results for persons who has previously tested positive are excluded.



### Percent positivity for new cases in Florida residents

These counts include the number of Florida residents for whom the department received PCR or antigen laboratory results by day. This percent is the number of people who test positive for the first time divided by all the people tested that day, excluding people who have previously tested positive.



## Emergency department (ED) and freestanding ED (FSED) chief complaint and admission data for Hillsborough County









# COVID-19: summary for Lee County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.



| Cases: people with positive PCR or antigen test result | |
|---|---|
| **Total cases** | **18,332** |
| Florida residents | 18,041 |
| Non-Florida residents | 291 |
| **Type of case** | |
| PCR positive | 17,777 |
| Antigen positive | 264 |
| **Gender for Florida residents** | |
| Men | 8,453 |
| Women | 9,431 |
| Unknown | 157 |
| **Age for Florida residents** | |
| Range | 0 - 103 |
| Median age | 42 |

| Race, ethnicity | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| White | 7,974 | 44% | 1,029 | 76% | 336 | 81% |
| Hispanic | 3,486 | 19% | 309 | 23% | 56 | 14% |
| Non-Hispanic | 3,946 | 22% | 711 | 53% | 265 | 64% |
| Unknown ethnicity | 542 | 3% | 9 | 1% | 15 | 4% |
| Black | 1,814 | 10% | 200 | 15% | 37 | 9% |
| Hispanic | 57 | 0% | 5 | 0% | 1 | 0% |
| Non-Hispanic | 1,636 | 9% | 195 | 14% | 36 | 9% |
| Unknown ethnicity | 121 | 1% | 0 | 0% | 0 | 0% |
| Other | 936 | 5% | 63 | 5% | 6 | 1% |
| Hispanic | 403 | 2% | 32 | 2% | 2 | 0% |
| Non-Hispanic | 427 | 2% | 30 | 2% | 3 | 1% |
| Unknown ethnicity | 106 | 1% | 1 | 0% | 1 | 0% |
| Unknown race | 7,317 | 41% | 57 | 4% | 35 | 8% |
| Hispanic | 245 | 1% | 10 | 1% | 4 | 1% |
| Non-Hispanic | 136 | 1% | 6 | 0% | 3 | 1% |
| Unknown ethnicity | 6,936 | 38% | 41 | 3% | 28 | 7% |
| **Total** | **18,041** | | **1,349** | | **414** | |

| Outcomes for Florida residents | | |
|---|---|---|
| **Lee** | | |
| Hospitalizations | 1,349 | (7% of all cases) |
| Deaths | 414 | (2% of all cases) |
| New deaths | 5 | |
| **Statewide** | | |
| Hospitalizations | 37,718 | (6% of all cases) |
| Deaths | 10,868 | (2% of all cases) |
| New deaths | 135 | |

New deaths are those identified since last report.

| Cases in facility staff/residents | | |
|---|---|---|
| **Lee** | | |
| Long-term care | 1,463 | (8% of all cases) |
| Correctional | 98 | (1% of all cases) |
| **Statewide** | | |
| Long-term care | 38,770 | (6% of all cases) |
| Correctional | 19,846 | (3% of all cases) |

| Age group | All cases | | New cases (8/26) | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| 0-4 years | 332 | 2% | 1 | 1% | 7 | 1% | 0 | 0% |
| 5-14 years | 642 | 4% | 5 | 5% | 4 | 0% | 0 | 0% |
| 15-24 years | 2,743 | 15% | 12 | 11% | 21 | 2% | 1 | 0% |
| 25-34 years | 3,235 | 18% | 17 | 15% | 57 | 4% | 1 | 0% |
| 35-44 years | 2,894 | 16% | 16 | 14% | 79 | 6% | 6 | 1% |
| 45-54 years | 2,866 | 16% | 24 | 22% | 147 | 11% | 16 | 4% |
| 55-64 years | 2,327 | 13% | 9 | 8% | 197 | 15% | 36 | 9% |
| 65-74 years | 1,487 | 8% | 14 | 13% | 295 | 22% | 75 | 18% |
| 75-84 years | 882 | 5% | 8 | 7% | 277 | 21% | 114 | 28% |
| 85+ years | 586 | 3% | 3 | 3% | 265 | 20% | 165 | 40% |
| Unknown | 47 | 0% | 2 | 2% | 0 | 0% | 0 | 0% |
| **Total** | **18,041** | | **111** | | **1,349** | | **414** | |

**Hospitalization** counts include anyone who was hospitalized at some point during their illness. It does not reflect the number of people currently hospitalized.
**Other race** includes any person with a race of American Indian/Alaskan native, Asian, native Hawaiian/Pacific Islander, or other.

# COVID-19: summary for Lee County

**Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM**

Data in this report are provisional and subject to change.

**Laboratory testing for Florida residents over the past 2 weeks**

**Number of Florida residents who tested negative per day**

These counts include the number of people for whom the Department received negative PCR or antigen laboratory results by day. People who tested negative on multiple days will be included once for each day they are tested. Negative results for persons who has previously tested positive are excluded.



**Percent positivity for new cases in Florida residents**

These counts include the number of Florida residents for whom the department received PCR or antigen laboratory results by day. This percent is the number of people who test positive for the first time divided by all the people tested that day, excluding people who have previously tested positive.



**Emergency department (ED) and freestanding ED (FSED) chief complaint and admission data for Lee County**









# COVID-19: summary for Marion County

**Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM**

Data in this report are provisional and subject to change.



| Cases: people with positive PCR or antigen test result | |
| --- | --- |
| **Total cases** | **8,261** |
| Florida residents | 8,247 |
| Non-Florida residents | 14 |
| **Type of case** | |
| PCR positive | 8,228 |
| Antigen positive | 19 |
| **Gender for Florida residents** | |
| Men | 3,292 |
| Women | 4,894 |
| Unknown | 61 |
| **Age for Florida residents** | |
| Range | 0 - 106 |
| Median age | 42 |

**Cases in Florida residents by date case confirmed**

Cases

| Date | Cases |
| --- | --- |
| 8/13 | 108 |
| 8/14 | 131 |
| 8/15 | 84 |
| 8/16 | 71 |
| 8/17 | 133 |
| 8/18 | 171 |
| 8/19 | 87 |
| 8/20 | 110 |
| 8/21 | 120 |
| 8/22 | 81 |
| 8/23 | 39 |
| 8/24 | 48 |
| 8/25 | 78 |
| 8/26 | 100 |

Median age

| Date | Median age |
| --- | --- |
| 8/13 | 45 |
| 8/14 | 40 |
| 8/15 | 36 |
| 8/16 | 52 |
| 8/17 | 49 |
| 8/18 | 41 |
| 8/19 | 49 |
| 8/20 | 51 |
| 8/21 | 43 |
| 8/22 | 43 |
| 8/23 | 48 |
| 8/24 | 60 |
| 8/25 | 56 |
| 8/26 | 46 |

| Race, ethnicity | Cases | | Hospitalizations | | Deaths | |
| --- | --- | --- | --- | --- | --- | --- |
| White | 5,041 | 61% | 468 | 65% | 135 | 82% |
| Hispanic | 784 | 10% | 57 | 8% | 16 | 10% |
| Non-Hispanic | 3,848 | 47% | 398 | 55% | 116 | 70% |
| Unknown ethnicity | 409 | 5% | 13 | 2% | 3 | 2% |
| Black | 1,693 | 21% | 172 | 24% | 25 | 15% |
| Hispanic | 21 | 0% | 1 | 0% | 0 | 0% |
| Non-Hispanic | 1,541 | 19% | 170 | 24% | 25 | 15% |
| Unknown ethnicity | 131 | 2% | 1 | 0% | 0 | 0% |
| Other | 726 | 9% | 70 | 10% | 4 | 2% |
| Hispanic | 285 | 3% | 26 | 4% | 1 | 1% |
| Non-Hispanic | 385 | 5% | 42 | 6% | 3 | 2% |
| Unknown ethnicity | 56 | 1% | 2 | 0% | 0 | 0% |
| Unknown race | 787 | 10% | 12 | 2% | 1 | 1% |
| Hispanic | 58 | 1% | 1 | 0% | 0 | 0% |
| Non-Hispanic | 11 | 0% | 2 | 0% | 0 | 0% |
| Unknown ethnicity | 718 | 9% | 9 | 1% | 1 | 1% |
| **Total** | **8,247** | | **722** | | **165** | |

| Outcomes for Florida residents | | |
| --- | --- | --- |
| **Marion** | | |
| Hospitalizations | 722 | (9% of all cases) |
| Deaths | 165 | (2% of all cases) |
| New deaths | 9 | |
| **Statewide** | | |
| Hospitalizations | 37,718 | (6% of all cases) |
| Deaths | 10,868 | (2% of all cases) |
| New deaths | 135 | |

New deaths are those identified since last report.

| Cases in facility staff/residents | | |
| --- | --- | --- |
| **Marion** | | |
| Long-term care | 725 | (9% of all cases) |
| Correctional | 2,170 | (26% of all cases) |
| **Statewide** | | |
| Long-term care | 38,770 | (6% of all cases) |
| Correctional | 19,846 | (3% of all cases) |

| Age group | All cases | | New cases (8/26) | | Hospitalizations | | Deaths | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0-4 years | 107 | 1% | 0 | 0% | 4 | 1% | 0 | 0% |
| 5-14 years | 285 | 3% | 10 | 10% | 1 | 0% | 0 | 0% |
| 15-24 years | 1,009 | 12% | 8 | 8% | 24 | 3% | 0 | 0% |
| 25-34 years | 1,543 | 19% | 9 | 9% | 43 | 6% | 2 | 1% |
| 35-44 years | 1,535 | 19% | 21 | 21% | 49 | 7% | 2 | 1% |
| 45-54 years | 1,335 | 16% | 24 | 24% | 76 | 11% | 7 | 4% |
| 55-64 years | 1,082 | 13% | 16 | 16% | 146 | 20% | 24 | 15% |
| 65-74 years | 684 | 8% | 4 | 4% | 138 | 19% | 30 | 18% |
| 75-84 years | 413 | 5% | 6 | 6% | 160 | 22% | 51 | 31% |
| 85+ years | 207 | 3% | 2 | 2% | 81 | 11% | 49 | 30% |
| Unknown | 47 | 1% | 0 | 0% | 0 | 0% | 0 | 0% |
| **Total** | **8,247** | | **100** | | **722** | | **165** | |

**Hospitalization** counts include anyone who was hospitalized at some point during their illness. It does not reflect the number of people currently hospitalized.
**Other race** includes any person with a race of American Indian/Alaskan native, Asian, native Hawaiian/Pacific Islander, or other.

# COVID-19: summary for Marion County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.

**Laboratory testing for Florida residents over the past 2 weeks**

Number of Florida residents who tested negative per day

These counts include the number of people for whom the Department received negative PCR or antigen laboratory results by day. People who tested negative on multiple days will be included once for each day they are tested. Negative results for persons who has previously tested positive are excluded.



**Percent positivity for new cases in Florida residents**

These counts include the number of Florida residents for whom the department received PCR or antigen laboratory results by day. This percent is the number of people who test positive for the first time divided by all the people tested that day, excluding people who have previously tested positive.



**Emergency department (ED) and freestanding ED (FSED) chief complaint and admission data for Marion County**









# COVID-19: summary for Orange County

**Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM**

Data in this report are provisional and subject to change.



| Cases: people with positive PCR or antigen test result | |
|---|---|
| Total cases | 35,245 |
| Florida residents | 34,830 |
| Non-Florida residents | 415 |
| **Type of case** | |
| PCR positive | 34,366 |
| Antigen positive | 464 |
| **Gender for Florida residents** | |
| Men | 16,747 |
| Women | 17,629 |
| Unknown | 454 |
| **Age for Florida residents** | |
| Range | 0 - 106 |
| Median age | 36 |

**Cases in Florida residents by date case confirmed**

Cases: 8/13: 285, 8/14: 315, 8/15: 197, 8/16: 102, 8/17: 230, 8/18: 234, 8/19: 197, 8/20: 191, 8/21: 215, 8/22: 135, 8/23: 110, 8/24: 131, 8/25: 169, 8/26: 162

Median age: 8/13: 40, 8/14: 40, 8/15: 43, 8/16: 40, 8/17: 36, 8/18: 40, 8/19: 36, 8/20: 41, 8/21: 37, 8/22: 36, 8/23: 45, 8/24: 25, 8/25: 36, 8/26: 40

| Race, ethnicity | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| White | 8,541 | 25% | 438 | 40% | 144 | 39% |
| Hispanic | 2,775 | 8% | 179 | 16% | 42 | 11% |
| Non-Hispanic | 3,326 | 10% | 232 | 21% | 73 | 20% |
| Unknown ethnicity | 2,440 | 7% | 27 | 2% | 29 | 8% |
| Black | 4,858 | 14% | 311 | 29% | 103 | 28% |
| Hispanic | 180 | 1% | 17 | 2% | 3 | 1% |
| Non-Hispanic | 3,625 | 10% | 273 | 25% | 84 | 23% |
| Unknown ethnicity | 1,053 | 3% | 21 | 2% | 16 | 4% |
| Other | 6,388 | 18% | 306 | 28% | 83 | 22% |
| Hispanic | 3,157 | 9% | 190 | 17% | 34 | 9% |
| Non-Hispanic | 1,249 | 4% | 96 | 9% | 23 | 6% |
| Unknown ethnicity | 1,982 | 6% | 20 | 2% | 26 | 7% |
| Unknown race | 15,043 | 43% | 34 | 3% | 39 | 11% |
| Hispanic | 886 | 3% | 9 | 1% | 4 | 1% |
| Non-Hispanic | 499 | 1% | 12 | 1% | 13 | 4% |
| Unknown ethnicity | 13,658 | 39% | 13 | 1% | 22 | 6% |
| **Total** | **34,830** | | **1,089** | | **369** | |

| Outcomes for Florida residents | | |
|---|---|---|
| **Orange** | | |
| Hospitalizations | 1,089 | (3% of all cases) |
| Deaths | 369 | (1% of all cases) |
| New deaths | 4 | |
| **Statewide** | | |
| Hospitalizations | 37,718 | (6% of all cases) |
| Deaths | 10,868 | (2% of all cases) |
| New deaths | 135 | |

New deaths are those identified since last report.

| Cases in facility staff/residents | | |
|---|---|---|
| **Orange** | | |
| Long-term care | 1,141 | (3% of all cases) |
| Correctional | 59 | (0% of all cases) |
| **Statewide** | | |
| Long-term care | 38,770 | (6% of all cases) |
| Correctional | 19,846 | (3% of all cases) |

| Age group | All cases | | New cases (8/26) | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| 0-4 years | 582 | 2% | 7 | 4% | 7 | 1% | 0 | 0% |
| 5-14 years | 1,085 | 3% | 9 | 6% | 4 | 0% | 0 | 0% |
| 15-24 years | 6,258 | 18% | 22 | 14% | 28 | 3% | 1 | 0% |
| 25-34 years | 8,190 | 24% | 29 | 18% | 80 | 7% | 5 | 1% |
| 35-44 years | 6,218 | 18% | 35 | 22% | 131 | 12% | 14 | 4% |
| 45-54 years | 5,227 | 15% | 35 | 22% | 156 | 14% | 19 | 5% |
| 55-64 years | 3,787 | 11% | 20 | 12% | 233 | 21% | 55 | 15% |
| 65-74 years | 1,924 | 6% | 9 | 6% | 192 | 18% | 74 | 20% |
| 75-84 years | 1,011 | 3% | 5 | 3% | 161 | 15% | 111 | 30% |
| 85+ years | 453 | 1% | 3 | 2% | 97 | 9% | 90 | 24% |
| Unknown | 95 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| **Total** | **34,830** | | **162** | | **1,089** | | **369** | |

**Hospitalization** counts include anyone who was hospitalized at some point during their illness. It does not reflect the number of people currently hospitalized.
**Other race** includes any person with a race of American Indian/Alaskan native, Asian, native Hawaiian/Pacific Islander, or other.

# COVID-19: summary for Orange County

Data through Aug 26, 2020 verified as of Aug 27, 2020 at 09:25 AM

Data in this report are provisional and subject to change.

**Laboratory testing for Florida residents over the past 2 weeks**

Number of Florida residents who tested negative per day

These counts include the number of people for whom the Department received negative PCR or antigen laboratory results by day. People who tested negative on multiple days will be included once for each day they are tested. Negative results for persons who has previously tested positive are excluded.



**Percent positivity for new cases in Florida residents**

These counts include the number of Florida residents for whom the department received PCR or antigen laboratory results by day. This percent is the number of people who test positive for the first time divided by all the people tested that day, excluding people who have previously tested positive.



**Emergency department (ED) and freestanding ED (FSED) chief complaint and admission data for Orange County**

Daily percent of ED visits mentioning
cough, fever, or shortness of breath



Weekly count of ED and FSED visits for
influenza-like illness



Daily percent of ED visits resulting in
cough-associated admissions



Weekly count of ED and FSED visits for
COVID-like illness





**From:** Elizabeth Warren
**Sent:** Thursday, August 27, 2020 4:27 PM
**To:** Steven Merryday ███████████████████████████████ Skip Dalton ███████████████████████
**Subject:** COVID Data - Week Thirteen Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach a Florida Department of Health report for the county where each courthouse is located.  The report includes information on confirmed cases, hospitalizations, deaths, and tests.

| Division | Week 1 | Week 2 | Week 3 |
|---|---|---|---|
| FTM | 1.0308 | 5.1033 | |
| JAX | 0.4989 | 0.4176 | |
| OCA | 0.0022 | 0.811 | |
| ORL | 1.7582 | 3.1407 | |
| TPA | 1.1033 | 11.57 | |



| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 268 | 299 | 91 | 358 | 510 | 1526 |
| 2 | 191 | 538 | 230 | 518 | 819 | 2296 |
| 3 | 229 | 856 | 251 | 569 | 720 | 2625 |

| 4 | 339 | 568 | 299 | 536 | 787 | 2529 |
| 5 | 279 | 378 | 278 | 623 | 861 | 2419 |
| 6 | 303 | 520 | 310 | 635 | 966 | 2734 |
| 7 | 166 | 246 | 211 | 418 | 542 | 1583 |
| 8 | 95 | 165 | 142 | 241 | 420 | 1063 |
| 9 | 114 | 289 | 229 | 449 | 597 | 1678 |
| 10 | 170 | 259 | 260 | 449 | 633 | 1771 |
| 11 | 261 | 377 | 238 | 417 | 693 | 1986 |
| 12 | 192 | 421 | 289 | 425 | 716 | 2043 |
| 13 | 244 | 351 | 241 | 589 | 738 | 2163 |
| 14 | 136 | 302 | 156 | 266 | 499 | 1358 |

Below is the Florida chart (from John Hopkins) showing the number of tests a number of positive tests was sixteen percent.  This week the number of positiv





Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
█████████████

---

**From:** Elizabeth Warren
**Sent:** Monday, August 17, 2020 11:20 AM
**To:** Steven Merryday ████████████████████
███████████████ Skip Dalton <SKIP_DALTON@flmd.uscourts.gov>█████████

**Subject:** COVID Data - Week Twelve Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach a Florida Department of Health report for the county where each courthouse is located.  The report includes information on confirmed cases,

hospitalizations, deaths, and tests.  For the first time in twelve weeks, all divisions have a negative trendline.

| | SLOPE (14-DAY TREND) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Division** | **Week 1** | **Week 2** | **Week 3** | **Week 4** | **Week 5** | **Week 6** | **Week 7** | **Week 8** | **Week 9** | **Week 10** |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 | 4.0066 | 30.237 | -24.505 | -12.598 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 | 16.51 | 25.101 | -8.999 | -28.949 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 | 11.189 | 9.932 | 1.5341 | 6.745 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 | -1.7868 | 61.725 | -37.312 | -30.255 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 | 43.273 | 36.044 | -44.176 | -14.725 |



FOURTEEN-DAY TRENDLINES BY

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 261 | 338 | 179 | 517 | 858 | 2153 |
| 2 | 210 | 455 | 253 | 556 | 829 | 2303 |
| 3 | 280 | 401 | 202 | 614 | 1000 | 2497 |
| 4 | 262 | 830 | 294 | 785 | 1100 | 3271 |
| 5 | 294 | 819 | 468 | 632 | 946 | 3159 |
| 6 | 326 | 796 | 479 | 845 | 1200 | 3646 |
| 7 | 215 | 616 | 383 | 720 | 964 | 2898 |
| 8 | 268 | 299 | 91 | 358 | 510 | 1526 |
| 9 | 191 | 538 | 230 | 518 | 819 | 2896 |
| 10 | 229 | 856 | 251 | 569 | 720 | 2625 |
| 11 | 339 | 568 | 299 | 536 | 787 | 2529 |
| 12 | 279 | 378 | 278 | 623 | 861 | 2419 |
| 13 | 303 | 520 | 310 | 635 | 966 | 2734 |
| 14 | 166 | 246 | 211 | 418 | 542 | 1583 |

Florida



+3,779 new

THIS WEEK   LAST WEEK



1.6 tests per 1,000

THIS WEEK   LAST WEEK



16.4% positive



Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
█████████████

**From:** Elizabeth Warren
**Sent:** Monday, August 3, 2020 2:33 PM
**To:** Steven Merryday ████████████████████████████
███████████████ Skip Dalton ███████████████████████
**Subject:** COVID Data - Week Ten Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And
Florida Department of Health report for the county where each courthouse is located.  The repor
information on confirmed cases, hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Division** | **Week 1** | **Week 2** | **Week 3** | **Week 4** | **Week 5** | **Week 6** | **Week 7** | **Week 8** | **Week 9** | **Week 10** |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 | 4.0066 | 30.237 | -24.505 | -12.598 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 | 16.51 | 25.101 | -8.999 | -28.949 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 | 11.189 | 9.932 | 1.5341 | 6.745 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 | -1.7868 | 61.725 | -37.312 | -30.255 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 | 43.273 | 36.044 | -44.176 | -14.725 |



FOURTEEN-DAY TRENDLINES BY



Florida

+7,104 new

THIS LAST
WEEK WEEK

2.2 tests per
1,000

THIS LAST
WEEK WEEK

18.9%
positive



Elizabeth



Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
█████████████

**From:** Elizabeth Warren
**Sent:** Tuesday, July 28, 2020 1:57 PM
**To:** Steven Merryday ████████████████████████████
████████████████ Skip Dalton ███████████████████████████████████
**Subject:** COVID Data - Week Nine Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach a Florida Department of Health report for the county where each courthouse is located.  The report includes information on confirmed cases, hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Division** | **Week 1** | **Week 2** | **Week 3** | **Week 4** | **Week 5** | **Week 6** | **Week 7** | **Week 8** | **Week 9** |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 | 4.0066 | 30.237 | -24.505 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 | 16.51 | 25.101 | -8.999 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 | 11.189 | 9.932 | 1.5341 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 | -1.7868 | 61.725 | -37.312 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 | 43.273 | 36.044 | -44.176 |



Below is the Florida chart (from John Hopkins) showing the number of tests and positive rates.
and eighteen percent.  This week the number of positive tests is nineteen percent.





Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida

---

**From:** Elizabeth Warren
**Sent:** Monday, July 20, 2020 11:28 AM
**To:** Steven Merryday
Skip Dalton

**Subject:** COVID Data - Week Eight Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach a Florida Department of Health report for the county where each courthouse is located.  The report includes information on confirmed cases, hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Division | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 | 4.0066 | 30.237 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 | 16.51 | 25.101 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 | 11.189 | 9.932 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 | -1.786 | 61.725 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 | 43.273 | 36.044 |



Raw data:

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 262 | 488 | 141 | 757 | 1100 | 2703 |
| 2 | 350 | 556 | 227 | 836 | 1500 | 3480 |
| 3 | 562 | 917 | 233 | 894 | 1900 | 4486 |
| 4 | 419 | 929 | 190 | 1100 | 1800 | 4384 |
| 5 | 506 | 1100 | 333 | 1200 | 2500 | 5631 |
| 6 | 533 | 830 | 248 | 1100 | 1900 | 4633 |
| 7 | 1600 | 893 | 265 | 2100 | 2400 | 7313 |
| 8 | 613 | 854 | 336 | 1800 | 2200 | 5724 |
| 9 | 608 | 680 | 313 | 956 | 1700 | 4380 |
| 10 | 499 | 968 | 350 | 1100 | 1700 | 4590 |
| 11 | 1100 | 1400 | 319 | 2400 | 1900 | 7187 |
| 12 | 642 | 1100 | 277 | 1600 | 2200 | 5755 |
| 13 | 730 | 526 | 216 | 1100 | 1700 | 4197 |
| 14 | 638 | 1100 | 371 | 1600 | 2300 | 5967 |

Below is the Florida chart (from Johns Hopkins) showing number of tests and positive rates. Last week the number of positive tests was between sixteen and seventeen percent. This week the number of positive tests is between seventeen and eighteen percent.



Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
██████ █████

**From:** Elizabeth Warren
**Sent:** Tuesday, July 14, 2020 1:42 PM

**To: Steven Merryday** █████████████████

█████████████████████████████ Skip Dalton <SKIP_DALTON@flmd.uscourts.gov>; ████████

**Subject:** COVID Data - Week Seven Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach a Florida Department of Health report for the county where each courthouse is located.  The report includes information on confirmed cases, hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Division** | **Week 1** | **Week 2** | **Week 3** | **Week 4** | **Week 5** | **Week 6** | **Week 7** |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 | 4.0066 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 | 16.51 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 | 11.189 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 | -1.7868 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 | 43.273 |



Raw data.

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 422 | 970 | 148 | 1454 | 1755 | 4799 |
| 2 | 306 | 379 | 98 | 716 | 1110 | 2609 |
| 3 | 356 | 559 | 85 | 654 | 990 | 2644 |
| 4 | 496 | 462 | 218 | 1097 | 1763 | 4036 |
| 5 | 603 | 1138 | 201 | 1295 | 2056 | 5923 |
| 6 | 679 | 1036 | 156 | 1257 | 1860 | 4988 |
| 7 | 843 | 909 | 157 | 1852 | 2081 | 5842 |
| 8 | 510 | 767 | 228 | 1238 | 1777 | 4520 |
| 9 | 262 | 488 | 141 | 757 | 1055 | 2703 |
| 10 | 350 | 556 | 227 | 836 | 1511 | 3480 |
| 11 | 562 | 917 | 233 | 894 | 1880 | 4486 |
| 12 | 419 | 929 | 190 | 1056 | 1790 | 4384 |
| 13 | 506 | 1062 | 333 | 1245 | 2485 | 5631 |
| 14 | 533 | 830 | 248 | 1114 | 1908 | 4633 |

Below is the Florida chart (from Johns Hopkins) showing number of tests and positive rates.  Last week the number of positive tests was between seventeen and eighteen percent. This week the number of positive tests is between sixteen and seventeen percent.





Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida


---

**From:** Elizabeth Warren
**Sent:** Monday, July 6, 2020 12:22 PM
**To:** Steven Merryday ████████████████████████
████████ Skip Dalton ████████████████████████
**Subject:** COVID Data - Week Six Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a
division).  And, I attach a Florida Department of Health report for the county where each
courthouse is located.  The report includes information on confirmed cases,
hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | |
|---|---|---|---|---|---|
| Division | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 | 37.774 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 | 32.352 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 | 8.771 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 | 62.424 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 | 83.037 |



Raw data.

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 183 | 339 | 76 | 549 | 792 | 1939 |
| 2 | 118 | 253 | 59 | 440 | 974 | 1844 |
| 3 | 292 | 185 | 53 | 580 | 612 | 1722 |
| 4 | 335 | 325 | 110 | 974 | 1600 | 3344 |
| 5 | 222 | 417 | 85 | 1200 | 1100 | 3024 |
| 6 | 1000 | 617 | 144 | 1700 | 1800 | 5261 |
| 7 | 500 | 865 | 227 | 1800 | 2900 | 6312 |
| 8 | 422 | 956 | 148 | 1500 | 1800 | 4826 |
| 9 | 306 | 370 | 98 | 716 | 1100 | 2590 |
| 10 | 356 | 551 | 85 | 654 | 900 | 2546 |
| 11 | 496 | 449 | 218 | 1100 | 1800 | 4063 |
| 12 | 603 | 1100 | 201 | 1300 | 2100 | 5304 |
| 13 | 679 | 100 | 156 | 1300 | 1900 | 4035 |
| 14 | 843 | 899 | 157 | 1900 | 2100 | 5899 |

Below is the Florida chart (from Johns Hopkins) showing number of tests and positive rates.  Las
tests is between seventeen and eighteen percent.





Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
██████ ███████

---

**From:** Elizabeth Warren
**Sent:** Monday, June 29, 2020 10:57 AM
**To:** Steven Merryday ████████████████████████
██████████████████  Skip Dalton <SKIP_DALTON@flmd.uscourts.gov>; ██████████

**Subject:** COVID Data - Week Five Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).  And, I attach Florida Department of Health reports for the counties where each

courthouse is located. The reports include information on confirmed cases, hospitalizations, deaths, and tests.

| SLOPE (14-DAY TREND) | | | | | |
|---|---|---|---|---|---|
| Division | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 | 21.277 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 | 33.202 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 | 5.334 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 | 83.459 |
| TPA | 1.1033 | 11.57 | 11.578 | 83.312 | 88.312 |



Raw data.

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 189 | 54 | 85 | 276 | 504 | 1108 |
| 2 | 334 | 65 | 16 | 289 | 376 | 1080 |
| 3 | 152 | 63 | 30 | 231 | 499 | 975 |
| 4 | 307 | 131 | 29 | 285 | 485 | 1237 |
| 5 | 289 | 142 | 66 | 281 | 559 | 1337 |
| 6 | 268 | 156 | 51 | 550 | 718 | 1743 |
| 7 | 290 | 244 | 96 | 653 | 1000 | 2283 |
| 8 | 228 | 320 | 69 | 550 | 1000 | 2167 |
| 9 | 183 | 339 | 76 | 549 | 792 | 1939 |
| 10 | 118 | 253 | 59 | 440 | 974 | 1844 |
| 11 | 292 | 185 | 53 | 580 | 612 | 1722 |
| 12 | 335 | 325 | 110 | 974 | 1600 | 3344 |
| 13 | 222 | 417 | 85 | 1200 | 1100 | 3024 |
| 14 | 1000 | 617 | 144 | 1700 | 1800 | 5261 |

Below is the Florida chart (from Johns Hopkins) showing number of tests and positive rates.  Last week the number of positive tests was between eleven and twelve percent. This week the number of positive tests is between fifteen and sixteen percent.







This graphic was last updated on
Monday, June 29, 2020 at 03:00 AM EDT.

Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida
███████

**From:** Elizabeth Warren
**Sent:** Monday, June 22, 2020 10:40 AM
**To:** Steven Merryday ████████████
████████████ Skip Dalton ████████████
████████████

**Subject:** COVID Data - Week Four Trendlines

Your Honors,

I write with an update on the gating criteria trends (data includes each county in a division).

| SLOPE (14-DAY TREND) | | | | |
|---|---|---|---|---|
| **Division** | **Week 1** | **Week 2** | **Week 3** | **Week 4** |
| FTM | 1.0308 | 5.1033 | 3.6659 | 13.233 |
| JAX | 0.4989 | 0.4176 | 1.1341. | 12.613 |
| OCA | 0.0022 | 0.811 | 3.2044 | 5.158 |
| ORL | 1.7582 | 3.1407 | 14.982 | 35.022 |
| TPA | 1.1033 | 11.57 | 11.578 | 49.103 |



_____

Raw data for comparison.

| DAY | FTM | JAX | OCA | ORL | TPA | DISTRICT |
|-----|-----|-----|-----|-----|-----|----------|
| 1 | 200 | 40 | 6 | 88 | 199 | 533 |
| 2 | 129 | 44 | 16 | 94 | 226 | 509 |
| 3 | 88 | 22 | 10 | 93 | 248 | 461 |
| 4 | 152 | 36 | 8 | 113 | 169 | 478 |
| 5 | 169 | 43 | 8 | 155 | 266 | 641 |
| 6 | 167 | 65 | 21 | 220 | 341 | 814 |
| 7 | 177 | 44 | 39 | 185 | 338 | 783 |
| 8 | 189 | 54 | 85 | 276 | 504 | 1108 |
| 9 | 334 | 65 | 16 | 289 | 376 | 1080 |
| 10 | 152 | 63 | 30 | 231 | 499 | 505 |
| 11 | 307 | 131 | 29 | 285 | 495 | 975 |
| 12 | 289 | 142 | 66 | 281 | 559 | 1337 |
| 13 | 268 | 156 | 51 | 550 | 718 | 2243 |
| 14 | 290 | 244 | 96 | 653 | 1000 | 2283 |

Below is the Florida chart (from Johns Hopkins) showing number of tests and positive rates.  Last week the number of positive tests was between five and six percent.  This week the number of positive tests is between eleven and twelve percent.



## How to Read this Graphic

### New Cases

**New daily cases**



**7-day moving average**— a green line segment represents a day-over-day decrease in cases, and a red line segment represents a day-over-day increase in cases

**Weekly trend**



**Trending up** — from t_____ week to this week the_____ going up and greater___



**No change**— from the_____ relatively flat (betwee___

---

### Tests per 1,000 people

**New daily cases**



**7-day moving average**— a green line segment represents a day-over-day increase in testing, and a red line segment represents a day-over-day decrease in testing

**Weekly trend**



**Trending up** — from t_____ week to this week the_____ going up and greater___



**No change**— from the_____ relatively flat (betwee___

---

### Percent Positive

**Daily % positive**



**7-day moving average**— a green line segment is shown when below a 5% threshold, and a red line segment when above a 5% threshold

**Weekly trend**



**Below threshold**— th_____ the percent positive r_____ average values from t_____ days is below a 5% th_____

---

The average age of persons testing positive (I checked only the counties where each courthouse is located to get an overview).

Orange
https://experience.arcgis.com/experience/96dd742462124fa0b38ddedb9b25e429
Highest 25 - 34

Hillsborough

https://experience.arcgis.com/experience/96dd742462124fa0b38ddedb9b25e429
Highest 25 – 34

Duval

https://experience.arcgis.com/experience/96dd742462124fa0b38ddedb9b25e429
Highest 25 – 34

Lee

https://experience.arcgis.com/experience/96dd742462124fa0b38ddedb9b25e429
Highest 25- 34

Marion

https://experience.arcgis.com/experience/96dd742462124fa0b38ddedb9b25e429
Highest 55 – 64


Elizabeth

Elizabeth M. Warren
Clerk of Court
United States District Court
Middle District of Florida