# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 03, 2020

Rosemary Cakmis
Federal Public Defender's Office
201 S ORANGE AVE STE 300
ORLANDO, FL 32801

Ali Kamalzadeh
Federal Public Defender's Office
201 S ORANGE AVE STE 300
ORLANDO, FL 32801

James T. Skuthan
Federal Public Defender's Office
201 S ORANGE AVE STE 300
ORLANDO, FL 32801

Appeal Number: 20-13171-D
Case Style: In re: Vince LaSane
District Court Docket No: 6:19-cr-00241-RBD-DCI

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-13171-D

_____

In re: VINCE EDWARD LASANE,

                                                                                                                                                       Petitioner.

_____

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Florida

_____

BEFORE: JORDAN, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

      Before the Court is a petition for a writ of mandamus to direct the district court to postpone a criminal trial scheduled for September 8, 2020 due to COVID-19.

      Mandamus is available "only in drastic situations, when no other adequate means are available to remedy a clear usurpation of power or abuse of discretion." *Jackson v. Motel 6 Multipurpose, Inc.*, 130 F.3d 999, 1004 (11th Cir. 1997). Writs of mandamus cannot be used as a substitute for an appeal or to control decisions of the district court in discretionary matters. *Id.* The petitioner has the burden of showing that he or she has no other avenue of relief, and that his or her right to relief is clear and indisputable. *See Mallard v. United States Dist. Court*, 490 U.S. 296, 309 (1989). The Court reviews a denial of a motion to continue for abuse of discretion. *United States v. Baker*, 432 F.3d 1189, 1248 (11th Cir. 2005).

Although the petitioner's arguments have some force, the applicable standard of review drives our decision. We cannot say that the petitioner has shown that the district court clearly and indisputably abused its discretion in denying his motion for a continuance. As a result, the petition for a writ of mandamus is DENIED.